CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
APR 20 2016
JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY JOE LEWIS KIRBY,<br>　　　Plaintiff, | Civil Action No. 7:16-cv-00048 |
| v. | **DISMISSAL ORDER** |
| CITY FARM, *et al*,<br>　　　Defendant(s). | By:　Glen E. Conrad<br>　　　Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of April, 2016.

　　　　　　　　　　　　　　　　　　／s／ Conrad
　　　　　　　　　　　　　　　Chief United States District Judge